USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____1/13/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES
OF THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK,

|                                        Petitioners,

-against-

GRANITE ENVIRONMENTAL LLC,

|                                        Respondent.

25 CV 8880 (VM)

**JUDGMENT**

WHEREAS, a dispute having arose between Petitioners and Respondent Granite Environmental LLC, ("Respondent") (*see* Petition ¶¶ 25-26) and on June 27, 2025, Petitioners having duly noticed arbitration against Respondent before the designated arbitrator (*see* Petition ¶ 27; Ex. M); and

WHEREAS, the arbitrator having held a hearing and having rendered his award against Respondent, in writing, dated July 29, 2025, determining said dispute (the "Award") (*see* Petition ¶ 28; Ex. N) and Petitioners having served the Award and a demand for compliance therewith upon Respondent (*see* Petition ¶ 31; Ex. O); and

WHEREAS, the Petitioners having filed a petition to confirm the Award (the "Petition") (*see* Dkt. No. 1), and the action having come before the Court, and the Petitioners having properly served the Summons and Petition upon Respondent (*see* Dkt. No. 8); and

WHEREAS, Respondent having failed to file an answer or otherwise respond to the Petition, and Respondent's deadline to do so having expired (*see* Dkt., *generally*); and

1

-2-

WHEREAS, the Court having considered the same and ordered entry of judgment in favor of Petitioners;

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that the Petition is granted, the underlying Award is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $24,223.92, plus pre-judgment interest thereon from July 29, 2025, at an annual rate of 10.5% totaling _____, pursuant to the Award;

3. Awarding Petitioners $578.25 in costs arising out of this proceeding;

4. Awarding Petitioners $1,300.60 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

**SO ORDERED.**

Dated:    New York, New York
          January 13, 2026

_____
Victor Marrero
U.S.D.J.

-2-